IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRETT STEPHEN COBB,

    Plaintiff,

vs.                               CASE NO. 3:10cv305/RS-EMT

ROBERT RICHARD FOWLER, JR, in his individual capacity;
CHARLENE GANDY, in her individual capacity;
CLAUDE LEGROS, in his individual capacity;
BRADLEY WAYNE LORD, in his individual capacity;
DEWEY SCOTT MAYBERRY, in his individual capacity;
LAWRENCE EDWARD MOBLEY, III, in his individual capacity; AND
JANA ELLEN POTTER, in her individual capacity;,

    Defendants.
_____/

## ORDER

Before me is the Joint Report of Parties Planning Meeting (Doc. 10). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**It is ordered** that the parties shall file an amended joint report not later than October 28, 2010, with dates consistent with a discovery deadline of February 5, 2011, and a jury trial on May 9, 2011 or May 23, 2011.

**ORDERED** on October 18, 2010.

                /S/ Richard Smoak
                **RICHARD SMOAK**

**UNITED STATES DISTRICT JUDGE**